**E-filed 12/21/05**

WILLIAM E. KENNEDY (CSB #158214)
MARCO P. QUINTANA (CSB #237295)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff DEBBIE PUMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DEBBIE PUMA,<br><br>   Plaintiff<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC<br><br>   Defendant. | Case No.:C 05-04246 JF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>AND ORDER THEREON |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff DEBBIE PUMA hereby gives notice of his voluntary dismissal of the entire action with prejudice. No answer or motion for summary judgment has been filed by the defendant in this action.

DATED:   December 12, 2005          LAW OFFICE OF WILLIAM E. KENNEDY

                                    By:  /s/ MARCO P. QUINTANA
                                         Attorney for Plaintiff DEBBIE PUMA

12/21/05  IT IS SO ORDERED.   Judge Jeremy Fogel      /s/electronic signature authorized
                              United States District Court

NOTICE OF VOLUNTARY DISMISSAL          C 05-04246 JF

1